TAMILLA ALEKPEROVA, Appellant, v MIKHAIL YUGER et al., Respondents.

Submitted August 28, 2006; decided September 12, 2006

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no appeal lies as of right from the unanimous order of the Appellate Division absent the direct involvement of a substantial constitutional question (CPLR 5601).